IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | NO. 4:25-MJ-00404-2 |
| LIREN LAI | § | |

## ORDER

Defendant's Motion to Substitute Counsel is hereby: GRANTED. Kent A. Schaffer is substituted as counsel for LIREN LAI in place and instead of Matt Hennessy.

SIGNED AND ENTERED on this the 8th day of July, 2025.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE